# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR15-08201-001-PCT-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Andres Palmero, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived; the detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised released as alleged in the revocation petition.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the revocation petition.

IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger pending further revocation proceedings. Pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure, defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

Dated this 18th day of November, 2015.

Honorable Deborah M. Fine
United States Magistrate Judge