**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR15-08201-001-PCT-DMF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Andres Palmero, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Paragraph A of the Petition to Revoke Supervised Release. The Court finds that the defendant violated his supervised release as alleged in Paragraph A of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessful.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TWO (2) MONTHS**, with credit for time served, no supervised release to follow**.** Sentence shall run concurrently with sentence in case CR15-08263-001-PCT-DMF.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail in Flagstaff.

IT IS FURTHER ORDERED that Paragraph B of the petition is DISMISSED.

DATED this 16th day of December, 2015.

_____
Deborah M. Fine
United States Magistrate Judge